Certificate Number: 03621-PAE-DE-036180610

Bankruptcy Case Number: 16-18124



03621-PAE-DE-036180610

# **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on <u>December 3, 2021</u>, at <u>11:18</u> o'clock <u>PM EST</u>, <u>Barbara E Hill Cisse</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>December 4, 2021</u>          By:   <u>/s/Wafaa Elmaaroufi</u>

                                     Name: <u>Wafaa Elmaaroufi</u>

                                     Title: <u>Credit Counselor</u>