United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 16-18124-mdc

Barbara E. Hill-Cisse     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3
Date Rcvd: Dec 07, 2021     Form ID: 138OBJ     Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 09, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Barbara E. Hill-Cisse, 3131 Hurley Street, Philadelphia, PA 19134-2318 |
| 13826702 | | Bank of America, Internal Recovery Services, M01-800-06-14, POB 790087, Saint Louis, MO 63179-0087 |
| 13876103 | + | Bank of America N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 13826704 | + | Capital One Bank USA, 120 Corporate Bouelvard, Suite 100, Norfolk, VA 23502-4952 |
| 13826706 | + | ChexSystems/Police and FIre Federal CU, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1595 |
| 13842559 | | Navient Solutions, Inc. on behalf of, United Student Aid Funds, Inc., Attn: Bankruptcy Litigation Unit E3149, PO Box 9430, Wilkes Barre, PA 18773-9430 |
| 13826714 | + | Philadelphia Gas Works, 800 Montgomery Avenue, Philadelphia, PA 19122-2898 |
| 13826715 | + | Police & Fire Federal Credit Union, 901 Arch Street, Philadelphia, PA 19107-2495 |
| 13970825 | + | Rushmore Loan Management Services, c/o Rebecca A. Solarz, Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Phila., PA 19106-1541 |
| 14080528 | | Rushmore Loan Management Services, P.O. Box 52708 Irvine, CA 92619-2708 |
| 13826718 | + | SLS, 8742 Lucent Boulevard, Suite 300, Highland Branch, CO 80129-2386 |
| 13894113 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 08 2021 00:02:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 08 2021 00:02:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14125947 | | Email/Text: GUARBKe-courtdocs@ascendiumeducation.org | Dec 08 2021 00:02:00 | United Student Aid Funds, Inc (USAF), PO Box 8961, Madison WI 53708-8961 |
| 13896654 | | Email/PDF: ebn_ais@aisinfo.com | Dec 08 2021 00:01:26 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 13916184 | | Email/Text: megan.harper@phila.gov | Dec 08 2021 00:02:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13863147 | + | Email/Text: bankruptcy@consumerportfolio.com | Dec 08 2021 00:02:00 | CONSUMER PORTFOLIO SERVICES, INC., P.O. BOX 57071, IRVINE, CA. 92619-7071 |
| 13826707 | | Email/Text: bankruptcy@consumerportfolio.com | Dec 08 2021 00:02:00 | CPS, Inc., P.O. Box 57071, Irvine, CA 92619-7071 |
| 13826705 | + | Email/Text: bankruptcy.notifications@fisglobal.com | Dec 08 2021 00:02:00 | ChexSystems, 7805 Hudson Road, Suite 100, Saint Paul, MN 55125-1703 |
| 13826708 | | Email/PDF: creditonebknotifications@resurgent.com | Dec 08 2021 00:00:07 | Credit One Bank, Payment Services, P.O. Box 60500, City of Industry, CA 91716-0500 |
| 13916078 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | Dec 08 2021 00:02:00 | PA Department of Labor and Industry, Office of UC Benefits Policy, 651 Boas Street, 10th Floor, Harrisburg, PA 17121 |

Case 16-18124-mdc    Doc 42    Filed 12/09/21    Entered 12/10/21 00:37:34    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 138OBJ | Total Noticed: 41 |

| Recip ID | | Email Address | Date/Time | Name and Address |
|---|---|---|---|---|
| 13899343 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 08 2021 00:00:04 | Exeter Finance Corp., P.O. Box 167399, Irving, TX 75016-7399 |
| 13829280 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2021 00:00:03 | Exeter Finance Corp., c/o Ascension Capital Group, P.O. Box 165028, Irving, TX 75016-5028 |
| 13826709 | + | Email/PDF: acg.exeter.ebn@aisinfo.com | Dec 08 2021 00:01:13 | Exeter Finance Corporation, POB 166097, Irving, TX 75016-6097 |
| 13826710 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Dec 08 2021 00:02:00 | Go Financial, 4020 East Indian School Road, Phoenix, AZ 85018-5220 |
| 13864291 | | Email/PDF: resurgentbknotifications@resurgent.com | Dec 08 2021 00:00:15 | LVNV Funding, LLC its successors and assigns as, assignee of FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 13881415 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2021 00:02:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 13826711 | + | Email/Text: bankruptcydpt@mcmcg.com | Dec 08 2021 00:02:00 | Midland Funding LLC, POB 939019, San Diego, CA 92193-9019 |
| 13870011 | | Email/PDF: pa_dc_claims@navient.com | Dec 08 2021 00:01:13 | Navient Solutions, Inc. on behalf of, Department of Education Loan Services, PO BOX 9635, Wilkes-Barre, PA 18773-9635 |
| 13826712 | | Email/PDF: pa_dc_ed@navient.com | Dec 08 2021 00:01:26 | Navient dept of education loan services, POB 9635, Wilkes Barre, PA 18773-9635 |
| 13826713 | | Email/Text: blegal@phfa.org | Dec 08 2021 00:02:00 | PA Housing Finance Agency, 211 North Front Street, P.O. Box 15206, Harrisburg, PA 17105-5206 |
| 13826716 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2021 00:01:13 | Portfolio Recovery Associates, RE: HSBC Card and Orchard Bank, POB 12914, Norfolk, VA 23541 |
| 13899800 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2021 00:01:13 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13826717 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 08 2021 00:00:04 | Portfolio Recovery associates, RE: Capital One Bank, USA, POB 12914, Norfolk, VA 23541 |
| 13912669 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 08 2021 00:01:26 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 13838921 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 08 2021 00:02:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 13826719 | | Email/Text: megan.harper@phila.gov | Dec 08 2021 00:02:00 | Water Revenue Bureau, 1401 John F. Kennedy Boulevard, Philadelphia, PA 19102-1663 |
| 14257286 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2021 00:01:13 | Wollemi Acquisitions, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14258011 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2021 00:01:26 | Wollemi Acquisitions, LLC c/o AIS Portfolio Servic, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14257550 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 08 2021 00:00:03 | Wollemi Acquisitions, LLC,, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 29

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 07, 2021 | Form ID: 138OBJ | Total Noticed: 41 |

| | | |
|---|---|---|
| 13826703 | * | Bank of America, Internal Recovery Services, M01-800-06-14, POB 790087, Saint Louis, MO 63179-0087 |
| 14180337 | *+ | Exeter Finance LLC, P.O. Box 167399, Irving, TX 75016-7399 |
| 14257552 | *+ | Wollemi Acquisitions, LLC,, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2021                    Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Specialized Loan Servicing LLC bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| TERESA BRADY | on behalf of Debtor Barbara E. Hill-Cisse bankruptcy_queen@yahoo.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Barbara E. Hill−Cisse
    Debtor(s)

Case No: 16−18124−mdc

Chapter: 13

---

### NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1 328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/7/21